## Commonwealth *v.* Todd, Appellant.

Argued April 15, 1975. *Richard C. Schomaker*, with him *Barrante, Barrante & Schomaker*, for appellant; *Robert L. Eberhardt*, Assistant District Attorney, with him *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Williams, Appellant.

Argued April 16, 1975. *N. Kladitis*, with him *Henry J. Russo*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.